UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVONTA MELVIN ROWLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SUPREME COURT, )<br>)<br>Defendant. )<br>) | Civil Action No. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant the United States Supreme Court, through the undersigned attorneys, hereby files this Notice of Removal in conformity with 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(b), and 1346. In support of that Notice, Defendant states as follows:

1. Plaintiff filed a civil action styled <u>DAVONTA MELVIN ROWLAND v. UNITED STATES SUPREME COURT</u>, which is now pending in the Superior Court of the District of Columbia, Civil Action No. 13-0006966, before the Honorable Robert D. Okun, Judge.

2. Plaintiff filed the complaint on or about October 11, 2013. (Attached as Exhibit A.) The Office of the United States Attorney received service on December 20, 2013.

3. In the Complaint, Plaintiff Devonta Melvin Rowland alleges that the United States Supreme Court violated his rights by engaging in unidentified acts of corruption.

4. Plaintiff's claims are ones over which the District Court has original jurisdiction if they are, in fact, justiciable at all because they are in effect an action against an agency of the judicial branch of the United States Government.

WHEREFORE, this action now pending in the Superior Court for the District of Columbia, is properly removed to this Court in conformity with 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(b), and 1346.

Dated: January 9, 2014                    Respectfully submitted,


RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney for
The District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By:   /s/ Peter R. Maier
PETER R. MAIER , D.C. Bar # 966242
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2578   Fax: (202) 514-8780
Peter.maier2@usdoj.gov
Counsel for Defendant United States Supreme Court

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Notice of Removal of Civil Action to be served upon pro se Plaintiff by first class mail addressed to:

> Devonta Melvin Rowland
> 900 G Street N.E., APT 421
> Washington, D.C. 20002

on this 9th day of January, 2014.

> / s/ Peter R. Maier
> PETER R. MAIER, D.C. Bar # 966242
> Special Assistant United States Attorney
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 252-2578
> Peter.maier2@usdoj.gov


GOVERNMENT EXHIBIT A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DaVonta Melvin Rowland
3121 South Dakota Avenue, Northeast
Washington, DC 20018
2/705-1724

vs.

Supreme Court
1 First Street Northeast
Washington, DC 20543

(202) 479-3000
(202) 479-3186
(202) 543-0400

Defendants

**FILED** Civil Actions Branch OCT 1 1 2013 Superior Court of the District of Columbia Washington, DC

13-0006966

Civil Action No. _____

10-10-13

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Whether, civil action case numbered (13-1491) currently active within United States of America's District Court. Plaintiff being "DaVonta Melvin Rowland" filed suit of "District Courts" corruption allegations. To then have that very same court hearing a case within its very own boundaries. Under what authority does our "Supreme Court" operate? This is not the American way but sure sort of "Supreme Court" malpractice!!!

Supreme Courts role defined by our American Constitution, is to create a uniquely effective overseer for American citizens. "Certiorari": The process by which "Supreme Court" very carefully chooses to hear distinguished case matters. This was overlooked and severely taken very lightly. While this type of behavior is considered under law Supreme Court negligence.

The roots of Supreme Courts history/extends far beyond, why the framers of this United States Constitution "Highjacked" this "America" from there Indians. (DaVonta Melvin Rowland) under what authority do "Supreme Court" operate?

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 18,000,000,000,000.00 with interest and costs.

Phone: 2/705-1724

DISTRICT OF COLUMBIA, SS

DaVonta Melvin Rowland, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

DaVonta Melvin Rowland
(Plaintiff / Agent)

Subscribed and sworn to before me this 11th day of October, 20 13.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

Case: 2013 CA 006966 B